208 F.2d 799
 Joseph R. CIANCHETTE et al., Appellants,
v.
Franklin G. HINCKLEY et al., Trustees, et al., Appellees (two cases).
Joseph R. CIANCHETTE
v.
Franklin G. HINCKLEY et al., Trustees, et al.
 No. 4789.
 No. 4791.
 No. 4794.
 United States Court of Appeals First Circuit.
 January 13, 1954.
 
 Appeals from the United States District Court for the District of Maine; John D. Clifford, Judge.
 C. Keefe Hurley, Boston, Mass. (Carl H. Amon, Jr., Boston, Mass., Michael Pilot, Bangor, Me., James A. Connellan, Portland, Me., and Joseph B. Campbell, Augusta, Me., on brief), for appellants.
 Edmund P. Mahoney, Portland, Me. (Barnett I. Shur, Portland, Me., on brief), for Hinckley et al., Trustees, appellees.
 Wilfred A. Hay, Portland, Me. (Mayo S. Levenson, Portland, Me., on brief), for Scarborough Downs and Robert A. Verrier, appellees.
 Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The orders of the District Court are affirmed.